HELEN L. REISS, Appellant, *v.* CARL REISS, Respondent.

Submitted March 1, 1954; decided March 4, 1954.

*Harold A. Lipton* for motion.

*Copal Mintz* opposed.

Motion granted and appeal dismissed.